JS 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

ROBERTO AND DINORA
GALDAMEZ,

              Plaintiffs,

      v.

WELLS FARGO BANK, NA, et al.,

            Defendants.

_____

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. CV 13-2106 DSF (Ex)


JUDGMENT OF DISMISSAL FOR
LACK OF PROSECUTION AND
FAILURE TO COMPLY WITH COURT
ORDERS

     The Court having previously ordered plaintiffs to show cause why this action should not be dismissed, Plaintiffs not having shown cause why the action should not be dismissed or why they have failed to comply with Court orders or prosecute this action and Plaintiffs having failed to appear at the scheduling conference,

     IT IS ORDERED AND ADJUDGED that the Plaintiffs take nothing, that the action be dismissed without prejudice, and that Defendant Wells Fargo Bank, NA, recover its costs pursuant to a bill of costs pursuant to 28 U.S.C. § 1920.

DATED:    August 6, 2013

                               _Dale S. Fischer_

                               DALE S. FISCHER
                               United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28